DIAMOND SAWBLADES MANU-FACTURERS COALITION, Plaintiff–Appellee,

v.

UNITED STATES, Defendant–Appellant,

and

Saint–Gobain Abrasives, Inc., Defendant–Appellant,

and

Hebei Jikai Industrial Group Co., Ltd. and Husqvarna Construction Products North America, Inc., Defendants–Appellants,

and

Ehwa Diamond Industrial Co., Ltd., Defendant–Appellant,

and

Bosun Tools Group Co., Ltd., Defendant–Appellant.

Nos. 2010–1024, 2010–1090.

United States Court of Appeals, Federal Circuit.

Aug. 13, 2010.

Daniel B. Pickard, Maureen E. Thorson, Wiley Rein LLP, Washington, DC, for Plaintiff–Appellee.

Delisa M. Sanchez, Franklin E. White Jr., Department of Justice, Washington, DC, for Defendant–Appellant, United States.

Lynn M. Fischer Fox, Fischer Fox Global PLLC, Washington, DC, for Defendant–Appellant, Saint–Gobain Abrasives, Inc.

Kenneth G. Weigel, Elizabeth M. Hein, Alston & Bird LLP, Washington, DC, for Defendant–Appellants, Hebei Jikai Industrial Group Co., Ltd., and Husqvarna Construction Products North America, Inc.

J. David Park, Spencer S. Griffith, Lisa–Marie W. Ross, Jarrod Mark Goldfeder, Akin, Gump, Strauss, Hauer, Washington, DC, for Defendant–Appellant, Ehwa Diamond Industrial Co., Ltd.

Gregory S. Menegaz, J. Kevin Horgan, Dekieffer & Horgan, Washington, DC, for Defendant–Appellant, Bosun Tools Group Co., Ltd.

Before LOURIE, Circuit Judge.

## ON MOTION

### ORDER

Saint–Gobain Abrasives, Inc., Hebei Jikai Industrial Group Co., Ltd. et al., Ehwa Diamond Industrial Co., Ltd., and Bosun Tools Group Co., Ltd. (movants) move jointly to expedite consideration of this appeal or, in the alternative, for a stay of "all administrative proceedings related to the administrative reviews of the antidumping orders on diamond sawblades from China and Korea." The movants state that Diamond Sawblades Manufacturers Coalition and the United States oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to expedite is granted to the extent that the appeal will be placed on the October 2010 calendar.

(2) The alternative motion for a stay is moot.